UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAPP HILL ROAD, LLC,

                Plaintiff,

        v.

ILLINOIS UNION INSURANCE COMPANY,

                Defendant.

No.   23-CV-3498 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Due to a scheduling conflict, the initial pre-trial conference originally scheduled for June 29, 2023 at 12:15 p.m. in this matter is adjourned until July 12, 2023 at 2:45 p.m. Should this present a conflict for either party, they may request that the conference be rescheduled to a different time.

        Unless the parties request otherwise, the conference will be held remotely. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:      June 22, 2023
           New York, New York

                              Ronnie Abrams
                              United States District Judge