UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAPP HILL ROAD, <br><br> Plaintiff, <br><br> v. <br><br> ILLINOIS UNION INSURANCE COMPANY, <br><br> Defendant. | No. 23-CV-3498 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

A post-discovery conference was previously scheduled in this matter for December 15, 2023 at 3:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to December 14, 2023 at 1:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:   November 28, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge