UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAPP HILL ROAD,<br><br>       Plaintiff,<br><br> -against-<br><br>ILLINOIS UNION INSURANCE COMPANY, ET AL.,<br><br>       Defendants. | 23-CV-03498 (RA)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated February 15, 2024 (ECF 28), Judge Ronnie Abrams referred this case to Magistrate Judge Robert W. Lehrburger for settlement. On February 16, 2024, that referral was reassigned to me.

  A settlement conference is scheduled for **Wednesday, March 13, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) by **February 28, 2024** to propose three alternative dates for a settlement conference in March. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Wednesday, March 6, 2024, at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: February 16, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge